WO

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Nikolai M. Fedoseev and Gulzhan Fedoseeva, husband and wife,<br><br>   Plaintiffs,<br>v.<br><br>Michael Alexandrovich and Marina N. Alexandrovich, individually and as husband and wife,<br><br>   Defendants. | CV 05-536 TUC DCB<br><br>**AMENDED ORDER** |

The Plaintiffs sued the Defendants in state court. The Defendants removed the action here on September 8, 2005, basing federal jurisdiction for the removal on the diversity of citizenship between the parties. Defendants allege that they are residents of Tucson, Arizona. Defendants allege that "Plaintiffs are illegal aliens not admitted to the United States for permanent residence and foreign citizens." (Notice of Removal at ¶ 4.)

Title 28 of the United States Code section 1332 provides the diversity requirements for federal jurisdiction as follows:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
>
> \* \* \*
>
> (2) citizens of a State and citizens or subjects of a foreign state;
>
> \* \* \*
>
> For the purposes of this section, . . ., an alien admitted to the United States for permanent residence shall be deemed a citizen of the State in which such alien is domiciled.

1  Plaintiffs assert that they are not illegal aliens, but rather are "seeking political
2  asylum and are appropriately pursuing that status before the courts." (P's Objection to
3  Motion to Dismiss at 3 n. 4.) Plaintiffs do not challenge this Court's jurisdiction nor seek
4  remand of this action to state court.

5  Jurisdictional bars, however, cannot be waived by the parties and if necessary must
6  be addressed *sua sponte*. *Skranak v. Castenada,* 425 F.3d 1213, 1216 (9th Cir. 2005) (citing
7  *Humboldt County v. United States,* 684 F.2d 1276, 1280 (9th Cir.1982)).

8  Accordingly,

9,10,11,12  **IT IS ORDERED** that WITHIN TEN DAYS OF THE FILING DATE OF THIS ORDER the Plaintiffs shall file a memorandum regarding their citizenship status relevant for purposes of this Court's exercise of its jurisdiction over this matter.

13  **IT IS FURTHER ORDERED** that Defendant shall file a Response.

14  **IT IS FURTHER ORDERED** that no Reply shall be filed.

15  DATED this 1st day of December, 2005.

David C. Bury
United States District Judge

28  2